638

404 A.2d 1355

Commonwealth v. Gray, Appellant.

Submitted September 15, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.

CERCONE, P. J., concurred in the result.

404 A.2d 1355

Commonwealth v. Hightower a/k/a Grant, Appellant.

Petition for Allowance of Appeal Denied May 21, 1979.

Submitted December 6, 1977. James Edward Mugford, Sr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, former P. J., WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.